UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INN WORLDWIDE, INC., <br><br>Plaintiff, <br><br>v. <br><br>KARISHMA AASHVI, INC., et al. <br><br>Defendants. | Civil Action No. 21-5433 (JXN) (AME) <br><br>**ORDER** |

**NEALS**, District Judge

Before this Court is the Report and Recommendation ("R&R") entered on June 30, 2023, by Magistrate Judge André M. Espinosa ("Judge Espinosa"), (ECF No. 37), recommending that Plaintiff Days Inns Worldwide, Inc.'s ("Plaintiff") Motion to Strike Defendants Nitin Patel, Kamleshkumar Patel, Kamal Hira, Chandni Patel, and Karishma Patel (collectively, "Individual Defendants") Answer pursuant to Fed. R. Civ. P. 37(b) and Enter Default pursuant to Fed. R. Civ. P. 55(a), (ECF No. 36), be granted. This Court has reviewed the reasons set forth by Judge Espinosa in the R&R and notes that no objections were filed. Based on the foregoing, and for good cause shown,

**IT IS** on this 7th day of August 2023,

**ORDERED** that the R&R of Judge Espinosa, (ECF No. 37), is **ADOPTED** as the conclusions of law of this Court and Plaintiff's Motion to Strike the Individual Defendants' Answer pursuant to Fed. R. Civ. P. 37(b) and Enter Default pursuant to Fed. R. Civ. P. 55(a), (ECF No. 36), is hereby **GRANTED**; it is further

**ORDERED** that the Individual Defendants' Answer, (ECF No. 11), is hereby **STRICKEN**; it is further

2

**ORDERED** that the Clerk of this Court shall enter default against Defendants Nitin Patel, Kamleshkumar Patel, Kamal Hira, Chandni Patel, and Karishma Patel pursuant to Federal Rule of Civil Procedure 55(a); and it is further

**ORDERED** that Plaintiff may file a motion seeking judgment by default against all Defendants.

/s/ Julien Xavier Neals
**JULIEN XAVIER NEALS**
United States District Judge